| | |
|---|---|
| GAINES PARTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORIZON HEALTHCARE, INC., and )<br>RONALD HIGGS, )<br>)<br>Defendants. | No. 3:12-CV-656-TAV-CCS |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c) and the Rules of this Court.

Now before the Court is a Joint Motion to Continue Judicial Settlement Conference [Doc. 37], filed on November 30, 2015. The motion requests that the December 8, 2015 judicial settlement conference be reset to a later date, at least 60-90 days after December 8. The motion explains that Plaintiff's counsel has requested, but has not received, complete medical records on her client, and counsel for both parties need said records in order to prepare for and participate in mediating this matter. Moreover, the motion states that the Plaintiff has recently began treatment which may also affect settlement discussions.

Based upon the agreement of the parties, and for good cause shown, the Court finds the Joint Motion to Continue Judicial Settlement Conference [**Doc. 37**] is well-taken, and the same is **GRANTED**. The judicially-hosted settlement conference shall be reset to **March 10, 2016** at **1:00 p.m.** The Court's prior Order [**Doc. 35**] instructing the Clerk of this Court to issue a Writ of Habeas Corpus Ad Testificandum for December 8, 2015, is hereby **VACATED**.

**IT IS SO ORDERED**.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge